**Kasper Lamar DOBBS, Appellant,**

v.

**U.S. MARSHALS, Appellee.**

No. 04–3305.

United States Court of Appeals, Eighth Circuit.

Submitted July 21, 2005.

Decided July 29, 2005.

Kasper Lamar Dobbs, U.S. Penitentiary, Terre Haute, IN, pro se.

Lawrence Donald Kudej, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Kasper Dobbs appeals the district court's [1] dismissal of his Federal Tort Claims Act complaint, without prejudice, for lack of subject matter jurisdiction. Having reviewed the record de novo, *see Appley Bros. v. United States,* 7 F.3d 720, 722 (8th Cir.1993), we conclude dismissal was proper given the unrefuted evidence of Dobbs's failure to exhaust administrative remedies, *see Bellecourt v. United States,* 994 F.2d 427, 430 (8th Cir.1993), *cert. denied,* 510 U.S. 1109, 114 S.Ct. 1049, 127 L.Ed.2d 371 (1994). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny all pending motions.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.